Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KARL FRANCIS SENNERT,<br><br>             Defendant. | No.  6:15-MJ-003-MJS<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION: PROTECTIVE ORDER RE: SAME** |

   WHEREAS, the discovery in this case contains private personal information regarding several third parties, including but not limited to their names, dates of birth, physical descriptions, telephone numbers and/or residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulation protective order is appropriate.

   THEREFORE, defendant KARL FRANCIS SENNERT, by and through his counsel

1  of record Megan Hopkins ("Defense Counsel"), and the United States of America, by and
2  through Acting Legal Officer Matthew A. McNease, hereby agree and stipulate as
3  follows:

4    1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal
5    Rules of Criminal Procedure, and its general supervisory authority.

6    2. This Order pertains to all discovery provided to or made available to Defense
7    Counsel as part of discovery in this case (hereafter, collectively known as "the
8    discovery").

9    3. By signing this Stipulation and Protective Order, Defense Counsel agrees not
10    to share any documents that contain Protected Information with anyone other
11    than Defense Counsel attorneys, designated defense investigators, and
12    support staff. Defense Counsel may permit the defendant to view unredacted
13    documents in the presence of his attorneys, defense investigators, and
14    support staff containing the witnesses name only. The parties agree that
15    Defense Counsel, defense investigators, and support staff shall not allow the
16    defendant to copy Protected Information contained in the discovery. The
17    parties agree that Defense Counsel, defense investigators, and support staff
18    may provide the Defendant with copies of documents, if any, from which
19    Protected Information has been redacted.

20    4. The discovery and information therein may be used only in connection with the
21    litigation of this case and for no other purpose. The discovery is now and will
22    forever remain the property of the United States of America ("Government").
23    Defense Counsel will return the discovery to the Government or certify that it
24    has been shredded at the conclusion of the case.

25    5. Defense Counsel will store the discovery in a secure place and will use
26    reasonable care to ensure that it is not disclosed to third persons in violation of
27    this agreement.

28    6. Defense Counsel shall be responsible for advising the Defendant, employees,

and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: March 23, 2015          /s/ Matthew McNease
                               Matthew McNease
                               Acting Legal Officer
                               Yosemite National Park, CA

DATED: March 23, 2015          /s/ Megan Hopkins
                               Megan Hopkins
                               Attorney for Defendant
                               KARL FRANCIS SENNERT

## **ORDER**

Good cause appearing, the terms of the above STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION in Case No. 6:15-MJ-003-MJS are accepted and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   March 23, 2015            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE