UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:15-MJ-0003-MJS |
| Plaintiff, | |
| v. | **STIPULATED FACTS FOR TRIAL** |
| KARL SENNERT, | |
| Defendants. | |

1. On October 8, 2014, at approximately 5:00 P.M., Defendant, Karl Sennert was driving, alone, eastbound on Tioga Road, Highway 120, in Yosemite National Park.

2. Defendant was at that time and place, driving a Ford F250 pickup truck to which was attached, and being towed, a 45 foot Voltage "fifth wheel" trailer/recreational vehicle.

1

3. The Voltage trailer was equipped with a built-in 175 gallon fresh water storage tank which Defendant Sennert reports he had filled to excess before leaving his home in Arnold, California, the morning of October 8, 2014.

4. Defendant Sennert asserts that the fresh water tank on the trailer sloshed water out of its overflow valve when over-filled, when going around curves which caused the trailer to tilt, and/or when the plastic tank expanded as a result of natural forces.

5. The Voltage trailer was equipped with a built-in 100 gallon holding tank for the accumulation of blackwater waste from the trailer's toilets.

6. Defendant Sennert asserts that the waste holding tank had been emptied well before he began his trip on October 8, 2014, and that it was and remained empty at all times during the October 8, 2014, trip.

7. Defendant Sennert asserts that while driving along Tioga Road on October 8, 2014, a loose electrical connection between the pickup truck and the trailer, caused a "Trailer Disconnected" message to appear on the pickups' dashboard display. In response, he pulled over into the first turn-out on the north side of Tioga Road just east of the May Lake junction on Tioga Road and again a short distance further east on a turn-out on the south side of Tioga Road near Tioga lake and, in both instances, adjusted the electrical connection between the pickup and the trailer and to reconnect the brakes.

8. While Defendant Sennert was stopped on the north side of Tioga Road as above noted, one Bradley Fox, a front passenger in an automobile, in which Kathy Camp sat as a passanger in the left rear seat, pulled in behind Defendant Sennert's parked pickup and trailer. Defendant Sennert entered his pickup and drove away. Fox and Camp noticed liquid waste on the ground under Defendant Sennert's truck and on observing it and smelling the odor emanating therefrom, concluded it was human waste.

9. Subsequent inspection of the liquid waste led investigating National Park Service Law Enforcement Rangers Rebecca Church and Sally Sprouse to conclude that it was human waste and that it covered an area approximately 50 feet long and 10 feet wide.

These facts are fully supported by evidence proffered on behalf of the U.S. and/or the Defense, not in dispute and stipulated to be true without the need to reference the supporting evidence.

IT IS SO STIPULATED this 6th day of August, 2015.

Dated: August 6, 2015

SUSAN ST. VINCENT
Legal Officer

SUSAN ST. VINCENT
Legal Officer, Yosemite National Park

Dated: August 6, 2015

MEGAN HOPKINS
Counsel for Defendant Karl Francis Sennert

3