1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   KARL SENNERT
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,    )
                                 )  Case No. 6:15-mj-00003-MJS
12            Plaintiff,         )
                                 )  STIPULATION TO CONTINUE
13 vs.                           )  SENTENCING; ORDER
                                 )
14 KARL SENNERT,                 )
                                 )  DATE:   January 6, 2016
15            Defendant.         )  TIME:   10:00 a.m.
                                 )  JUDGE:  Hon. Michael J. Seng
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Susan St. Vincent, Acting Legal Officer for the National Park Service, counsel for the

19 plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Karl Sennert, that

20 the sentencing hearing currently scheduled for October 6, 2015, be continued to January 6, 2015,

21 at 10:00 a.m.

22     Mr. Sennert requests this continuance because he lives in San Andreas, California, and

23 his home was recently damaged by the Butte Fire.  As he is currently in the process of dealing

24 with the aftermath of the fire, it would be a serious hardship for him to come to court on October

25 6, 2015.  The parties discussed the possibility of continuing the matter to November or

26 December, but Mr. Sennert, who owns a business, has work beginning in November through

27 December and the government voiced its desire for Mr. Sennert to be personally present.  Mr.

28 Sennert notes that he has a history of making all court appearances, including his initial

1  appearance and trial.

2  Therefore, the parties respectfully request that the Court continue this matter to January

3  6, 2015, at 10:00 a.m.

4

5                                                         Respectfully submitted,

6                                                         HEATHER E. WILLIAMS
                                                          Federal Defender
7

8  Date: October 1, 2015                                  */s/ Erin Snider*
                                                          ERIN SNIDER
9                                                         Assistant Federal Defender
                                                          Attorney for Defendant
10                                                        KARL SENNERT

11

12 Date: October 1, 2015                                  */s/ Susan St. Vincent*
                                                          SUSAN ST. VINCENT
13                                                        Acting Legal Officer
                                                          National Park Service
14                                                        Yosemite National Park

15

16

17

18                                           **O R D E R**

19

20      Good cause appearing, the STIPULATION TO CONTINUE SENTENCING in

21 Case No. 6:15-mj-00003-MJS is approved and adopted as the Order of this Court.

22

23
    IT IS SO ORDERED.
24

25      Dated:   October 5, 2015                        /s/ *Michael J. Seng*
26                                                      UNITED STATES MAGISTRATE JUDGE

27

28

Sennert / Stipulation                    -2-