HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KARL SENNERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00013 LJO |
| Appellee, | |
| vs. | STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES |
| KARL SENNERT, | Judge: Hon. Lawrence J. O'Neill |
| Appellant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew McNease, Legal Officer for the National Park Service, Erin Snider, Assistant Federal Defender and Megan Hopkins, Assistant Federal Defender, counsel for the Appellant, that the following briefing schedule—Appellant's Opening Brief, Appellee's Brief and Reply Brief— now due February 29, 2016, March 21, 2016 and March 28, 2016, respectively, may be continued to April 11, 2016, May 2, 2016, and May 9, 2016, respectively.

Counsel for Appellant has been travelling for court in Bakersfield and Yosemite and has not had sufficient time to complete appellate research and prepare a brief in this matter.  After conferring with the government, it is clear that an extension of the briefing schedule is in the best interest of all parties.

///

1 It is therefore requested that the briefing schedule be extended as described above.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: February 22, 2016         /s/ *Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      ERIN SNIDER
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      KARL SENNERT


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date:  February 22, 2016        /s/ *Matthew McNease*
                                      MATTHEW McNEASE
                                      Legal Officer
                                      National Park Service
                                      Yosemite National Park


## **O R D E R**


IT IS SO ORDERED.

    Dated:  **February 23, 2016**            **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE