Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KARL FRANCIS SENNERT,<br><br>            Defendant. | DOCKET NO: 1:16-cr-013-LJO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following briefing schedule – Appellee's Brief and Reply Brief – now due May 2, 2016 and May 9, 2016, respectively, **may be continued** to June 2, 2016, and July 11, 2016, respectively.

The defendant is in agreement with this request.

///

///

///

///

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: April 13, 2016 | /S/ Matthew McNease<br>Matthew McNease<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: April 13, 2016 | /S/ Erin Snider<br>Erin Snider<br>Assistant Federal Defender<br>Attorneys for Defendant<br>KARL FRANCIS SENNERT |

## **ORDER**

The opposition brief is now due June 2, 2016 and the reply brief on June 11, 2016. The Court construes the parties' request as a waiver of the default timeframes set forth in Local Rule 422(e). No hearing will be set at this time.

IT IS SO ORDERED.

Dated:  **April 14, 2016**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

2